## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JOY ANNETTE HASKELL,** *As administratrix of the estate of Jeffrey Lane Blackmon, deceased*, **Plaintiff,** | ) ) ) ) ) |
| v. | )  **CIVIL ACTION NO.: 11-00159-KD-B** |
| **ARCTIC CAT, INC.,** **Defendant.** | ) ) ) ) |

### ORDER

This matter is before the Court on the parties' joint "Stipulation of [Voluntary] Dismissal" with prejudice of this case with costs taxed as paid. (Doc. 24). Because the parties jointly filed a Stipulation of Voluntary Dismissal, which is signed by all parties, the Court construes the dismissal as one filed pursuant to Rule 41(a)(1)(A)(ii). Accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice.** Costs taxed as paid.

**DONE** and **ORDERED** this the **2nd** day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**